IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PARTHVI AJAYKUMAR SHAH and          )
PARTH PRAFULCHANDRA PANDYA,          )
                                     )
       Plaintiffs,                   )
                                     )
v.                                   )     CASE NO. CV423-135
                                     )
ALEJANDRO MAYORKAS, Secretary        )
of Department of Homeland            )
Security; MERRICK GARLAND,           )
Attorney General of The United       )
States; TRACY RENAUD,                )
Senior Official Performing           )
Duties of the Director for           )
USCIS; DANIEL M. RENAUD,             )
Director for USCIS Vermont           )
Service Center; and THE UNITED       )
STATES;                              )
                                     )
       Defendants.                   )
                                     )

## O R D E R

Before the Court is the parties' Consent Motion for Voluntary
Dismissal Pursuant to Federal Rule of Civil Procedure
41(a)(1)(A)(i). (Doc. 6.) Pursuant to Federal Rule of Civil
Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by
filing "a notice of dismissal before the opposing party serves
either an answer or a motion for summary judgment[.]" Because

Defendants have filed neither an answer nor a motion for summary judgment in this case, the parties' request (Doc. 6) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25-th day of July 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA